```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DC SHOES, INC.,                     :
                                    :
                Plaintiff,          :   11 Civ. 6074 (JSR)
                                    :
          -v-                       :   ORDER
                                    :
IQ 185, LLC aka IQ 185 DESIGN       :
APPAREL, a Domestic Limited         :
Liability Company; DOES 1-10,       :
inclusive; EFFI OREN; ANTHONY       :
STEGER; and ERICA WATERMAN,         :
                                    :
                Defendants.         x
------------------------------------
```

JED S. RAKOFF, U.S.D.J.

      Judgment having now been entered against all defendants, the Clerk of the Court is directed to close this case.

      SO ORDERED.

Dated: New York, NY  
       September 11, 2012

_____  
JED S. RAKOFF, U.S.D.J.