UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DC SHOES, INC., | Civil Action No. 11 CIV-6074-JSR |
| Plaintiff, | [PROPOSED] DEFAULT JUDGMENT AS TO DEFENDANT ANTHONY STEGER |
| -vs- | |
| IQ 185, LLC aka IQ 185 DESIGN APPAREL, a Domestic Limited Liability Company; and DOES 1-10, inclusive | |
| Defendant. | |

THE HONORABLE JED S. RAKOFF, District Judge:

The Court issues the following Order for Default Judgment and Permanent Injunction.

WHEREAS Plaintiff DC Shoes, Inc. filed an Amended Summons and Complaint in this Action on alleging infringement of Plaintiff's federally registered DC Marks (shown below) by Defendant Anthony Steger ("Defendant")



**DCSHOECOUSA**

WHEREAS Defendant has failed to file an answer or otherwise make an appearance in this matter despite having been served with the Summons and Complaint.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant, its officers, agents, servants and employees and any persons in active concert or participation with it are ENJOINED FROM using the DC Marks, and any marks confusingly similar thereto, including, but not limited to:

    (a) Manufacturing, distributing, advertising, offering for sale, and/or selling any products bearing the DC Marks, or any other marks confusingly similar thereto, including but not limited to the marks shown on the products below ("Infringing Marks"):



    (b) Using the Infringing Marks on or in connection with promotion of its products, including but not limited to display of same on all websites owned, operated, or controlled by Defendant, including www.notforpot.com;

    (c) Committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant is licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiff;

    (d) Otherwise infringing Plaintiff's registered and common law family of trademarks and copyrighted designs;

    (e) Otherwise diluting Plaintiff's family of trademarks and copyrights; and

    (f) Unfairly competing with Plaintiff.

IT IS FURTHER ORDERED that Plaintiff be awarded its costs incurred in this matter.

IT IS SO ORDERED.

DATED: ___9/10___, 2012
New York, New York

_____
JED S. RAKOFF
**United States District Judge**